1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Richard D. Manteau

7

8                 **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RICHARD D. MANTEAU,                    )  Case No.: EDCV 12-1153-PLA
                                           )
12              Plaintiff,                  )  [~~PROPOSED~~] ORDER AWARDING
                                           )  EQUAL ACCESS TO JUSTICE ACT
13      vs.                                 )  ATTORNEY FEES AND EXPENSES
                                           )  PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN,[1] Acting           )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,        )  U.S.C. § 1920
                                           )
15              Defendant                   )
                                           )
16  _____       )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20  /

21  /

22  _____

23  [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
    February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24  Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
    Michael J. Astrue as Defendant in this suit. No further action need be taken to
25  continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26  Commissioner as the Commissioner.

                                    -1-

1    IT IS ORDERED that fees and expenses in the amount of $3,700 as

2  authorized by 28 U.S.C. § 241be awarded subject to the terms of the Stipulation.

3  DATE:     May 22, 2013

4                                          _____

5                                          THE HONORABLE PAUL L. ABRAMS
                                           UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10
   Respectfully submitted,
11
   LAW OFFICES OF Lawrence D. Rohlfing
12
       /s/ *Brian C. Shapiro*
13  _____
   Brian C. Shapiro
14  Attorney for plaintiff Richard D. Manteau

15

16

17

18

19

20

21

22

23

24

25

26